UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-117425-TBM |
| STEPHEN J. BEERS | ) | |
| CYNTHIA L. BEERS | ) | |
| | ) | |
| Debtors. | ) | Chapter 07 |

---

| | | |
|---|---|---|
| MACARTHUR CO. | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 15-1401-TBM |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN J. BEERS | ) | |
| CYNTHIA L. BEERS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

_____

**INITIAL DISCLOSURES OF DEFENDANTS PURSUANT TO Fed.R.Bankr.P. 7026 AND Fed.R.Civ.P. 26(a)(1)**
_____

Stephen and Cynthia Beers (Defendants), by their attorney, Mike Davis of BKN Murray, LLP makes the following disclosures to all parties of record in this case:

**A. NAMES, ADDRESSES AND TELEPHONE NUMBERS OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:**

1. Stephen and Cynthia Beers, address is 6940 Medicine Bow Ave. Fountain, CO 80817. Stephen and Cynthia Beers are the Defendants in the above-captioned bankruptcy case and has knowledge regarding the transactions which form the basis for the Defendant's defenses to this action.
2. Representative from Beers Insulation, Inc., address is 8570 Criterion Drive, Suite 112, Colorado Springs, CO 80920. Defendants in above-captioned bankruptcy case own Beers Insulation, Inc., the company which purchases materials from MacArthur Co, and from which the dispute arose.
3. Any person identified by the Plaintiff.
4. Any person identified or made known through the course of discovery.

**B. DOCUMENTS, DATA, COMPILATIONS AND TANGIBLE THINGS.**

The following documents will be made available for inspection and copying at the offices of counsel for Defendant at a mutually agreed upon time.

Relevant documents include:

1. Chapter 7 Voluntary Petition filed by Stephen and Cynthia Beers, Case Number 15-17425-TBM, dated July 3, 2015, including the Statement of Financial Affairs mentioned in the Complaint, and both the schedules and amended schedules filed in the case. .
2. Adversary proceeding filed by MacArthur Co., Case Number 15-1401-TBM, dated October 9, 2015, all motions and exhibits.
3. Billing records between MacArthur Co and Defendants for goods purchased for Beers Insulation, Inc.
    a. Statement for account number 40359, dated 6/30/2014 showing account balance of $81,298.83.
    b. Invoice number 257637, dated 7/16/2013 showing account balance of $812.35.
    c. Invoice number 257919, dated 7/16/2013 showing account balance of $49.60.
    d. Invoice number 259650, dated 7/22/2013 showing account balance of $262.46.
    e. Invoice number 263490, dated 7/31/2013 showing account balance of $77.61.
    f. Invoice number 263497, dated 7/31/2013 showing account balance of $314.88.
    g. Invoice number 264579, dated 7/31/2013 showing account balance of $402.22.
    h. Invoice number 264577, dated 7/31/2013 showing account balance of $920.20.
    i. Invoice number 264578, dated 7/31/2013 showing account balance of $201.11.
    j. Invoice number 267206, dated 8/9/2013 showing account balance of $962.84.
    k. Invoice number 270194, dated 8/16/2013 showing account balance of $436.98.
    l. Invoice number 270198, dated 8/16/2013 showing account balance of $431.26.
    m. Invoice number 273895, dated 8/27/2013 showing account balance of $276.65.
    n. Invoice number 273897, dated 8/27/2013 showing account balance of $447.98.
    o. Invoice number 273900, dated 8/27/2013 showing account balance of $843.38.
    p. Invoice number 274795, dated 8/28/2013 showing account balance of $3467.02.
4. Company documents and records for Beers Insulation, Inc. including, but not limited to, Articles of Incorporation for a Profit Corporation filed with the Colorado Secretary of State, By-laws, meeting minutes, and certificates of stock issued on or about July 15, 2010.
5. Any documents identified by the Plaintiff
6. Any documents identified or made known during the course of discovery.

C. **COMPUTATION OF DAMAGES.**

Defendant is not making a claim for damages at this time. Defendant reserves the right to amend should the discovery process warrant. Amended damages could include attorney's fees, costs and other such damages as the Court may deem appropriate.

D. **INSURANCE AGREEMENT**

Not Applicable.

E. **CERTIFICATION**

I hereby certify that to the best of our knowledge, information and belief, formed after reasonable inquiry that the above disclosures are complete and accurate based on the information known and reasonably available as of the date set forth below. Defendants reserve the right to amend or modify the disclosures contained herein upon further discoverable information. Investigation is on-going.

Dated this 17th day of December, 2015.

>Respectfully submitted
>**BKN Murray, LLP.**
>(*The original signed document
>is on file at the law offices of BKN Murray, LLP.*)
>
>By: /s/ *Michael J. Davis*
>Michael J. Davis
>6795 E. Tennessee Ave.
>Ste. 330
>Denver, Colorado 80224
>Phone: 72-361-6036
>Email: mdavis@bknmurray.com
>
>ATTORNEY FOR STEPHEN AND CYNTHIA BEERS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of December, 2015, a copy of the **foregoing INITIAL DISCLOSURES OF DEBTORS/DEFENDANTS PURSUANT TO Fed.R.Bankr. P. 7026 and Fed.R.Civ.P. 26(a)(1)** has been served upon the following parties via Email and Pacer:

US Trustee
999 18th Street, Suite 1551
Denver, CO 80202

Jean C. Arnold
7691 Shaffer Pkwy. Suite A
Littleton, CO 80127
jeanarnold@arnoldarnold.com

Joshua Thomas Keltner
Arnold & Arnold, LLP
7691 Shaffer Parkway, Suite A
Littleton, CO 80217

                                                          */s/ Lynsay Larson*_____
                                                          Lynsay Larson, Paralegal