## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-17425-TBM |
| Stephen J. Beers,<br>Cynthia L. Beers, | Chapter 7 |
| Debtors. | |
| MacArthur Co., | Adversary Proceeding No. 15-01401-TBM |
| Plaintiff, | |
| v. | |
| Stephen J. Beers,<br>Cynthia L. Beers, | |
| Defendants. | |

### SCHEDULING ORDER UNDER FED. R. CIV. P. 16(b) AND FED. R. BANKR. P. 7016

THIS MATTER comes before the Court on the "Order Setting Pretrial Scheduling Conference" (Docket No. 8), the "Joint Report Under Fed. R. Civ. P. 26(f)(3), Fed. R. Bankr. P. 2026 and L.B.R. 7026-1(a)" submitted jointly by the parties (Docket No. 10), and the Scheduling Conference conducted in this Court on December 17, 2015.  The Court, having reviewed the Docket and being advised in the status of this matter,

ORDERS that the parties shall adhere to the following plan and deadlines for this Adversary Proceeding:

### Discovery Plan and Deadlines

1.    Fed. R. Civ. P. 26(a)(1)(A) Disclosures.

Fed. R. Civ. P. 26(a)(1)(A) initial disclosures were made on or before December 15, 2015.

2.    Discovery Limitations.

The parties will comply with the discovery limitations contained in Fed. R. Civ. P. 26(b)(2), 30 and 33, and L.B.R. 7026-1(b) and 7026-2(b), (c) and (d).

3.    Deadline for Expert Disclosures.

The Parties shall be limited to a total of 3 expert witnesses per side.  Parties must designate experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) on or before **April 30, 2016**. Disclosures and written reports required by Fed. R. Civ. P. 26(a)(2)(B) must be made and exchanged on or before **May 30, 2016**.  Designation of counter or rebuttal experts, if any, intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Civ. P. 26(a)(2)(B) must be made on or before **June 30, 2016**.  Disclosures and written reports for such rebuttal or counter experts must be made and exchanged on or before **July 31, 2016**.

4.    Deadline for Fact and Expert Discovery.

All fact and expert discovery must be completed by **August 30, 2016**.  "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.

5.    Duty to Supplement-Sanctions.

All disclosures and responses to discovery shall be timely supplemented pursuant to Fed. R. Civ. P. 26(e).  Failure to timely disclose, or to provide incomplete, false or misleading disclosures, may result in Fed. R. Civ. P. 37(c) sanctions.

**Adversary Proceeding Schedule for Non-Discovery Matters**

6.    Amended Pleadings and Joinder Deadline.

Motions to amend or supplement pleadings or to join additional parties must be filed by **February 27, 2016.**  This deadline pertains to timing only, parties must comply with Fed. R. Civ. P. 15(a).

7.    Dispositive Motions.

Dispositive motions, if any, must be filed by **September 30, 2016**.  All motions for summary judgment shall comply with L.B.R. 7056-1.

8.    Witnesses and Exhibits.

The disclosures required by Fed. R. Civ. P. 26(a)(3) must be made in writing on or before **October 17, 2016**.  Exhibits must be marked for identification (**Plaintiff shall mark exhibits with numbers and Defendant shall mark exhibits with letters**) and exchanged at the time the disclosures are made.   All exhibits should be marked with page numbers.  In addition to exchanging pre-marked exhibits, a list of exhibits and a list of witnesses to be called at trial, counsel or the parties themselves, if not represented by counsel, shall file only their lists with the Court on or before **October 17, 2016**. **Written objections directed to the exhibits must be**

**filed and served on opposing counsel or party on or before October 27, 2016**, otherwise all objections except as to relevancy are waived.

      9.    <u>Stipulations of Fact and Regarding the Admissibility of Exhibits</u>.

The parties shall confer and prepare a list of uncontested background facts relating to the issues before the Court, and a list of exhibits which both parties agree are admissible at Trial. The Stipulations of Facts and Exhibits shall be filed with the Court on or before **October 31, 2016.** If the parties are unable to reach an agreement as to any stipulated facts, a statement to that effect must be filed.

      10.    <u>Final Pretrial Conference</u>.

A final pretrial conference shall be held on **Thursday, November 3, 2016**, commencing at **10:00 a.m.** in Courtroom A, U.S. Custom House, 721 19th Street, Denver, Colorado. The Plaintiff and Defendant, individually, or a representative of the Plaintiff and Defendant, and their respective counsel shall appear by telephone at the scheduled conference. Counsel/parties shall dial *720.904.7499*, a few minutes prior to commencement of the hearing scheduled for **10:00 a.m.** You will be asked to provide the following meeting access code for the hearing: *990 837 374* followed by the # sign. You will be connected into the Court's conference call line. The parties must have full and complete settlement authority to fully discuss and resolve disputed issues at that time. The parties shall be prepared to discuss potential witnesses to be called and the nature of their testimony.

      11.    <u>Trial</u>.

The matter is set for a **two-day trial** on the Court's trial docket commencing on **Monday**, **November 14, 2016, at 9:00 a.m.**, in Courtroom A, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. **This is a firm trial date.**

      12.    <u>At the Commencement of the Trial</u>:

      a.    <u>Witness List</u>: Provide two (2) copies of the witness list to the Law Clerk/Courtroom Deputy and one (1) copy to each opposing counsel or party.

      b.    <u>Exhibit List</u>: Provide two (2) copies of the list of exhibits you intend to offer to the Law Clerk/Courtroom Deputy and one (1) copy to each opposing counsel or party.

      c.    <u>Exhibits</u>:

      (i)    The parties shall comply with L.B.R. 9070-1 and provide two (2) copies of the exhibits to the Law Clerk/Courtroom Deputy: one (1) copy is for the Court and one (1) copy is for the Law Clerk/Courtroom Deputy. The original exhibits are to be used by the witnesses. Each exhibit must

have been marked for identification before the trial or hearing.  Exhibits must be marked for identification as follows: **Plaintiff-numbers and Defendant-letters.**

(ii)    Exhibits should be placed in a binder and indexed in substantial conformity with L.B. Form 9070-1.1.

IT IS FURTHER ORDERED that, unless a party requests amendments to this Order on or before **December 31, 2015**, no modifications will be entertained by the Court.  Failure to comply with this Order may result in imposition of appropriate sanctions pursuant to Fed. R. Bankr. P. 7016 and 7037 (Fed. R. Civ. P. 16 and 37).

DATED this 17th day of December, 2015.

BY THE COURT:

Honorable Thomas B. McNamara
United States Bankruptcy Court Judge

**ATTACHMENT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re

_____,                                           Case No.: _____ TBM
                                                                    Chapter
Debtor
_____

_____,

Plaintiff

v.                                                                  Adversary Proceeding No.: _____ TBM

_____,

Defendant.
_____

**(Party Name)s LIST OF WITNESSES AND EXHIBITS**
_____

        _____ (Party) , through undersigned counsel, hereby designates the following witnesses and exhibits for the trial/hearing on _____, at _____ \_\_\_\_. m. in Courtroom A before the Honorable Thomas B. McNamara.

**WITNESSES**

        Party **will** call the following witnesses:

1.   _____, to testify regarding: _____

_____

2.   _____, as an adverse witness.

        Party **may** call the following witnesses:

1.   _____, to testify regarding _____.

2.   _____, to testify regarding _____.

## EXHIBITS

Party intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:_____

FIRM NAME

By:_____
John A. Attorney, #0000
Street Address
City, State, Zip
Telephone Number
Facsimile Number
*Attorney for*_____

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing _____**'s List of Witnesses and Exhibits** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, this _____ day of _____, _____:

_____

**ATTACHMENT 1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

_____,

Debtor,

_____

_____,

Plaintiff,

v.

_____,

Defendant.

Case No. _____ TBM
Chapter

Adversary Proceeding No. _____ TBM

**EXHIBITS FOR HEARING**

Submitted by:    (Name of Party)
In connection with: (date and nature of hearing or date of trial)
Example: 12/31/00 Motion for Relief from Stay or 12/31/00 Trial

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---------|-------------|------------------|-------------------|---------------------|
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |