United States Bankruptcy Court
District of Colorado

MacArthur Co.,
    Plaintiff

Beers,
    Defendant

Adv. Proc. No. 15-01401-TBM

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: turnerp    Page 1 of 1    Date Rcvd: Dec 18, 2015
                 Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2015.
dft         Cynthia Lee Beers,    6940 Medicine Bow Ave,    Fountain, CO  80817-1316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2015                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2015 at the address(es) listed below:
         Jean C. Arnold    on behalf of Plaintiff    MacArthur Co. jeanarnold@arnoldarnold.com, vickivansittert@arnoldarnold.com
         Joshua Thomas Keltner    on behalf of Plaintiff    MacArthur Co. joshkeltner@arnoldarnold.com, vickivansittert@arnoldarnold.com
         Michael J. Davis    on behalf of Defendant Stephen Joseph Beers mdavis@bknmurray.com, llarson@bknmurray.com
         Michael J. Davis    on behalf of Defendant Cynthia Lee Beers mdavis@bknmurray.com, llarson@bknmurray.com
                                                   TOTAL: 4

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### CORRECTED Minutes of Proceeding

Date: December 17, 2015                    **Honorable Thomas B. McNamara, Presiding**
                                                              **Katherine M. Swan, Law Clerk**

In re:                                                                   **Case. No. 15-17425  TBM**
Stephen Joseph Beers,                                                                  Chapter 7
Cynthia Lee Beers,
        Debtor.

    MacArthur Co.,
        Plaintiff(s),
                                                                **Adversary Proceeding No. 15-1401 TBM**
        v.

    Stephen Joseph Beers,
    Cynthia Lee Beers,
        Defendant(s).

| Appearances | | Representing |
|---|---|---|
| **Plaintiff** | Counsel | Joshua T. Keltner |
| **Defendants** | Counsel | Michael J. Davis |

Proceedings:  Pre-Trial Scheduling Conference.

Orders:

☒     Pretrial deadlines and trial date scheduled on the record. A formal Scheduling Order will enter.

Date:  December 17, 2015

                                                              FOR THE COURT:
                                                              *Kenneth S. Gardner, Clerk of Bankruptcy Court*

                                                              By: *[signature]*
                                                              **Katherine M. Swan, Law Clerk**