UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: November 3, 2016            **Honorable Thomas B. McNamara, Presiding**
Katherine M. Swan, Law Clerk

In re:    Stephen Joseph Beers,                                    **Case. No. 15-17425 TBM**
          Cynthia Lee Beers,                                          Chapter 7
                Debtors.

        MacArthur Co.,
              Plaintiff,

                                                          **Adversary Proceeding No. 15-01401 TBM**
               v.

       Stephen Joseph Beers,
      Cynthia Lee Beers,
              Defendants.

| | Appearances | | Representing |
|---|---|---|---|
| **Plaintiff** | | Counsel | **Joshua Thomas Keltner (by telephone)** |
| **Defendants** | | Counsel | **Michael J. Davis** |

Proceedings: Pre-Trial Conference.

Orders:

☒      The trial scheduled to commence on November 14, 2016, at 9:00 a.m., will proceed as scheduled in Courtroom E.

☒      The Court encourages the parties to work together to reach additional stipulations, if possible, and to continue discussing settlement.

☒      The parties shall submit written closing statements. After the close of evidence, the Court will enter a schedule for the submission of such statements.

Date: November 3, 2016

                                                      FOR THE COURT:
                                                      *Kenneth S. Gardner, Clerk of Bankruptcy Court*

                                                      By: *Katherine M. Swan* (signature)