# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| STEPHEN JOSEPH BEERS, fds BEERS | ) | |
| INSULATION INC. | ) | |
| And CYNTHIA LEE BEERS fds BEERS | ) | |
| INSULATION INC. | ) | Case No. 15-17425-TBM |
| | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |
| MACARTHUR CO. | ) | |
| Plaintiff, | ) | Adv. Proc. No. 15-01401-TBM |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN JOSEPH BEERS, individually; | ) | |
| CYNTHIA LEE BEERS, individually; | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

Please be advised that Lily E. Nierenberg hereby withdraws as attorney of record for Stephen Joseph Beers and Cynthia Lee Beers, and Michael J. Davis will continue to act as attorney of record for Stephen Joseph Beers and Cynthia Lee Beers. Pursuant to L.B.R. 9010-4(b), undersigned respectfully request that the Clerk terminate the involvement of the withdrawing attorney.

Respectfully submitted this 8th day of December, 2017.

／s／ *Lily E. Nierenberg*
Lily E. Nierenberg
DLG Law Group LLC
4100 E. Mississippi Ave., Ste. 420
Denver, CO 80246
Phone (303)758-5100
Fax (303) 758-5055

1

lnierenberg@dlglaw.net

*s/Michael J. Davis*
Michael J. Davis
DLG Law Group LLC
4100 E. Mississippi Ave., Ste. 420
Denver, CO 80246
Phone (303)758-5100
Fax (303) 758-5055
mdavis@dlglaw.net

## Certificate of Service

  I hereby certify that on this 8th day of December, 2017, I did file the above with the Court and give notice to the client, United States Trustee, trustee, and all parties who have entered an appearance in the case or proceeding.

            *s/Lynsay Larson*
            DLG Law Group LLC

Jean C Arnold
Joshua T. Keltner
7691 Schaffer Parkway, Suite A
Littleton, CO 80127